CAUSE NO. 2021-04659

| | | |
|---|---|---|
| RICHARD HARRIS, | § § § | IN THE DISTRICT COURT |
| *Plaintiff,* | § § | |
| v. | § § | |
| | § | HARRIS COUNTY, TEXAS |
| FAMILY DOLLAR STORES OF TEXAS, LLC dba FAMILY DOLLAR #10150 and NS RETAIL HOLDINGS, LLC, | § § § § | |
| *Defendants.* | § § | 334TH JUDICIAL DISTRICT |

### DEFENDANT FAMILY DOLLAR STORES OF TEXAS, LLC'S NOTICE OF FILING NOTICE OF REMOVAL

Defendant, FAMILY DOLLAR STORES OF TEXAS, INC. (hereinafter "Family Dollar"), in the above-styled and captioned civil action has filed in the United States District Court for the Southern District of Texas, Galveston Division, a Notice of Removal of a Civil Action ("Notice of Removal") to cause a removal of the above-styled and captioned cause to the United States District Court for the Southern District of Texas, Galveston Division. A true and correct copy of the Notice of Removal is attached hereto as *Exhibit A.*

Defendant's Notice of Filing Notice of Removal, with an attached copy of the Notice of Removal, is being filed with the Clerk of the 334th Judicial District Court of Harris County, Texas, to thereby affect removal of this cause to the United States District Court for the Southern District of Texas, Galveston Division, and the 334th

Judicial District Court of Harris County, Texas shall proceed no further with the case, unless the case is remanded.

Respectfully submitted,

**MAYER LLP**

*/s/ Kevin Riley*
Kevin P. Riley
Southern Bar No. 13776
State Bar No. 16929100
kriley@mayerllp.com
Harry L. Laxton
Southern Bar No. 906711
State Bar No. 24093092
hlaxton@mayerllp.com
4400 Post Oak Parkway, Suite 1980
Houston, Texas   77027
Telephone:  713-487-2000
Facsimile:  713-487-2019

**ATTORNEYS FOR DEFENDANT**
**FAMILY DOLLAR STORES OF TEXAS, LLC**

## CERTIFICATE OF SERVICE

This is to certify that on the 10th day of February 2021, a true and correct copy of the foregoing has been forwarded to all counsel of record as follows:

| | |
|---|---|
| Christopher Ngo<br>State Bar No. 24105692<br>Law Offices of Domingo Garcia, L.L.P.<br>6200 Gulf Freeway, Suite 410<br>Houston, Texas   77023<br>Email:  cngo@millerweisbrod.com<br><br>***COUNSEL FOR PLAINTIFF*** | ☐ E-MAIL<br>☐ HAND DELIVERY<br>☐ FACSIMILE<br>☐ OVERNIGHT MAIL<br>☐ REGULAR, FIRST CLASS MAIL<br>☒ E-FILE AND SERVE<br>☐ E-SERVICE ONLY<br>☐ CERTIFIED MAIL/RETURN RECEIPT REQUESTED |

/s/ *Harry Laxton*
Harry L. Laxton